UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESSANE CACHO,<br><br>　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　　　　　　Respondent. | Case No. LACV 19-1918-SVW (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: 　February 23, 2021　

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE