**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESSANE CACHO,<br><br>                              Petitioner,<br><br>                v.<br><br>W.L. MONTGOMERY, Warden,<br><br>                              Respondent. | Case No. LACV 19-1918-SVW (LAL)<br><br>**JUDGMENT** |

      Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

      IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   February 23, 2021

                                                          HONORABLE STEPHEN V. WILSON<br>                                                          UNITED STATES DISTRICT JUDGE